**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUI XIANG,

          Petitioner,

    v.

FERETI SEMAIA, et al.,

         Respondents.

No. 5:26-cv-02802-AH-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, Petitioner's Reply, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.

The Court has considered Petitioner's June 22, 2026, Objections to the Report and Recommendation (Doc. No. 14) and conducted a de novo review of those portions of the Report and Recommendation to which Respondents objected.  Having conducted a de novo review, Respondents' Objections do not cause this Court to alter or modify the Report and Recommendation.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that the

Petition is DISMISSED without prejudice to Mr. Xiang seeking redress for the alleged unconstitutional conditions of his confinement in a civil-rights action.

**IT IS SO ORDERED.**

DATED: July 10, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

2