JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HUI XIANG,

               Petitioner,

     v.

FERETI SEMAIA, et al.,

               Respondents.

No. 5:26-cv-02802-AH-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED, without prejudice to Petitioner seeking redress for the alleged unconstitutional conditions of his confinement in a civil-rights action, and that judgment is entered in favor of Respondents and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

DATED: July 10, 2026       _____

                            HON. ANNE HWANG
                       UNITED STATES DISTRICT JUDGE